IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS MICHAEL LOSS,

        Plaintiff,

vs.

JAMES R. DAVIS, MATTHEW
RHYNDRESS, and CITY OF
NORTON SHORES,

        Defendants.

U.S.D.C.  CASE NO: 1:08-cv-874

HON. GORDON J. QUIST

_____/

| | |
|---|---|
| R. Curtis Mabbitt (P24844) | Michael S. Bogren (P34835) |
| Attorney for Plaintiff | Attorney for Defendants |
| Halbower & Mabbitt | Plunkett Cooney |
| 8 West Walton Avenue | 535 S. Burdick Street, Ste. 256 |
| Muskegon, MI 49440 | Kalamazoo, MI 49007 |
| Telephone: (231)726-3720 | Telephone: (269) 226-8822 |

_____/

## PLAINTIFF'S NOTICE OF TAKING DISCOVERY ONLY DEPOSITION OF MATTHEW RHYNDRESS

    PLEASE TAKE NOTICE that the deposition of the following witness will be taken on oral examination before a Notary Public, for discovery purposes only pursuant to the Federal Rules of Civil Procedure.

WITNESS:    MATTHEW RHYNDRESS

DATE:  FEBRUARY 27, 2009

TIME:        11:00 P.M.

**HALBOWER
& MABBITT**
*ATTORNEYS AT LAW*
8 West Walton
MUSKEGON, MI  49440

      PLACE:  WILLIAMS, HUGHES & COOK
            120 WEST APPLE AVENUE
            MUSKEGON, MI 49440
            (231)728-1111

  You are at liberty to appear at the aforesaid time and place for the purpose of examining said witness:

February 9, 2009           //s// R. Curtis Mabbitt
                  R. Curtis Mabbitt (P24844)
                  Attorney for Plaintiff
                  Halbower & Mabbitt
                  8 West Walton Avenue
                  Muskegon, MI 49440
                  Telephone: (231) 726-3720

Katherine S. Pierre
(231)828-4104